IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-67 |
| | : | |
| v. | : | |
| | : | |
| LINDA D. HAUSMAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of March, 2017, the plaintiff, United States of America, having moved for the entry of a default judgment against the defendant, Linda D. Hausman (Doc. No. 5); and the clerk of court having entered default against the defendant after she failed to file a response to the complaint, *see* Unnumbered Docket Entries After Doc. No. 7; accordingly, it is hereby **ORDERED** that the court will hold a hearing on the motion for entry of a default judgment on **Friday**, **April 7, 2017**, at **10:00 a.m.** Counsel for the plaintiff may participate in the hearing by telephone by contacting the undersigned through his civil deputy at (610) 333-1833 at the time of the hearing.[1]

> **THE DEFENDANT, LINDA D. HAUSMAN, IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HER AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. THE HEARING WILL OCCUR AT THE HOLMES BUILDING, 101 LARRY HOLMES DRIVE, 4TH FLOOR, EASTON, PENNSYLVANIA 18042. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HER BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendant by posting a copy of the order on the property to be foreclosed and sending a copy of the order

---

[1] If the plaintiff's counsel desires to personally appear before the undersigned for the hearing, he may do so.

via regular mail to the defendant at her last known address.[2]  The plaintiff should submit a verification of service **at least two days prior to the hearing**.

**IT IS FURTHER ORDERED** that the plaintiff shall file of record **at least two days prior to the hearing** a breakdown and explanation of the items of damages set forth in the complaint and requested as part of the default judgment.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[2] It appears that the defendant signed the waiver of service and indicated that she was living at 103 50th Avenue Terrace E, Bradenton, FL 34203. *See* Doc. No. 2.