UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>LINDA D. HAUSMAN<br><br>　　　　　　　　　　　　Defendant | CIVIL NO. 17-00067 |

**CERTIFICATE OF SERVICE**

I, Thomas I. Puleo, Esquire, hereby certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed.

LINDA D. HAUSMAN
832 N. Reading Avenue
New Berlinville, PA 19545

LINDA D. HAUSMAN
732 B Reading Avenue
New Berlinville, PA 19545

LINDA D. HAUSMAN
103 50th Avenue Ter E.
Bradenton, FL 34203

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 27615
　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　(215) 825-6309

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | HAUSMAN, LINDA D.<br>832 N. Reading Avenue<br>New Berlinville, PA 19545 | | | | | | U.S. POSTAGE ≫ PITNEY BOWES<br>ZIP 19106 $ 001.46⁰<br>02 1W<br>0001391829 MAR 24 2017 | | | | | |
| 2. | HAUSMAN, LINDA D.<br>732 B Reading Avenue<br>New Berlinville, PA 19545 | | | | | | | | | | | |
| 3. | HAUSMAN, LINDA D.<br>103 50th Avenue Ter E.<br>Bradenton, FL 34203 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen   See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-165384   Sale Date: Berks County

LINDA D. HAUSMAN

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

LINDA D. HAUSMAN; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-00067

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LINDA D. HAUSMAN the above process on the 22 day of March, 2017, at 8:10 o'clock, A.M, at 832 N. READING AVENUE NEW BERLINVILLE, PA 19545, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of __Pa__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Kendra Day__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-165384
Case ID #: 4841754

Subscribed and sworn to before me
this __24__ day of __MAR__ 20 __17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017