

**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

FILED
SEP 14 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

CIVIL ACTION NO.: *17- 00067*

I, _____ROB MILLER_____, a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

_823 N. READING AVENUE, NEW BERLINVILLE, PA 19545._

The public sale was held on _____9/6/2017_____

and the highest bidder was _U.S. DEPARTMENT OF AGRICULTURE_

who bid the amount of $_____1.00_____.

By: _____

Deputy U.S. Marshal